## UNITED STATES DISTRICT COURT

## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| LORRAINE FRANCO, | : | |
| Petitioner, | : | Docket No.   3:16MC13 (JCH) |
| VS. | : | |
| UNITED STATES OF AMERICA, | : | |
| Respondent. | : | March 1, 2016 |

## **RESPONDENT'S MOTION TO DISMISS**

The United States, on behalf of the Internal Revenue Service, hereby respectfully moves to dismiss this matter pursuant to Fed.R.Civ.P. 12(b)(1) and (5).  Based upon the reasons set forth in the accompanying memorandum in support of this motion, this matter should be dismissed due the Petitioner's failure to raise a case or controversy, and that there has been no waiver of sovereign immunity for this suit because of the Petitioner's failure to serve the United States.

Accordingly, the United States requests that the Petitioner's Petition to Quash Summons be dismissed and the matter removed from the docket of this Court.

*NO ORAL ARGUMENT REQUESTED*

Respectfully submitted,

Deirdre M. Daly
United States Attorney

/s/

Christine Sciarrino
Assistant United States Attorney
United States Attorney's Office
157 Church Street -25th Floor
New Haven, Connecticut   06510
Tel. (203) 821-3780/Fax (203) 773-5315
Email: Christine.Sciarrino@usdoj.gov
Federal No. CT3393

## **Certification**

I hereby certify that on March 1, 2016, a copy of the foregoing motion was filed electronically and served by mail to anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

/s/

Christine Sciarrino
Assistant United States Attorney